1 **GREGORY T. MURPHY**
California State Bar No. 245505
2 **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 San Diego, CA 92101-5008
(619) 234-8467/Fax: (619) 687-2666
4 E-Mail: gregory_murphy@fd.org

5 Attorneys for Joan Escamilla-Nazarh

8 UNITED STATES DISTRICT COURT

9 SOUTHERN DISTRICT OF CALIFORNIA

10 **(HONORABLE BARBARA L. MAJOR)**

| | | |
|---|---|---|
| 11 UNITED STATES OF AMERICA, | ) | Case No. 08MJ0249 |
| | ) | |
| 12 Plaintiff, | ) | |
| | ) | |
| 13 v. | ) | **CERTIFICATE OF SERVICE** |
| | ) | |
| 14 JOAN ESCAMILLA-NAZARH, | ) | |
| | ) | |
| 15 Defendant. | ) | |

17     Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his
18 information and belief, and that a copy of the foregoing document has been served this day upon:

19                   U.S. Attorney CR
                Efile.dkt.gc2@usdoj.gov

21                   Respectfully submitted,

23 DATED:    February 1, 2008        /s/ Gregory T. Murphy
                                          **GREGORY T. MURPHY**
24                                      Federal Defenders of San Diego, Inc.
                                     Attorneys for Joan Escamilla-Nazarh